**No. D-2720. In the Matter of Disbarment of Cabell Jones Regan.**

565 U.S. 1154, 132 S. Ct. 1140, 181 L. Ed. 2d 1014, 2012 U.S. LEXIS 690.

January 17, 2012. Disbarment entered.

Former order, 565 U.S. 1054, 132 S. Ct. 812, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8355.

**No. 11A674. Natalie E. Tennant, Secretary of State of West Virginia, et al., Applicants v. Jefferson County Commission, et al.**

565 U.S. 1175, 132 S. Ct. 1140, 181 L. Ed. 2d 1014, 2012 U.S. LEXIS 909.

January 20, 2012. Application for stay, presented to The Chief Justice and by him referred to the Court, granted, and it is ordered that the judgment of the United States District Court for the Southern District of West Virginia, case No. 2:11-cv-0989, entered January 3, 2012, and amended January 4, 2012, is stayed pending the timely filing and disposition of an appeal to this Court.